```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF TEXAS
                            HOUSTON DIVISION
```

| | | |
|---|---|---|
| THE INSURANCE COMPANY OF THE<br>STATE OF PENNSYLVANIA,<br><br>        Plaintiff,<br><br>v.<br><br>A-UNIQUE HOME BUILDERS, INC.,<br>ROY L. OWENS, SR., and<br>DELORES M. OWENS,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-04-1154 |

**FINAL JUDGMENT**

For reasons separately stated in the Memorandum and Order signed by the Court this day, it is

ORDERED and ADJUDGED that Plaintiff The Insurance Company of the State of Pennsylvania shall have and recover of and from Defendants A-Unique Home Builders, Inc., Roy L. Owens, Sr., and Delores M. Owens, jointly and severally, the sum of NINETY-THREE THOUSAND THREE HUNDRED FORTY-FIVE and 96/100 DOLLARS ($93,345.96), and costs of court, together with interest on the foregoing sums in

the amount of 3.89% per annum, compounded annually, from the date of Judgment until paid.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order and send copies to all counsel of record.

SIGNED at Houston, Texas on this 24th day of August, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE